**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted July 14, 2006[*]
Decided July 18, 2006

**Before**

Hon. RICHARD D. CUDAHY, *Circuit Judge*

Hon. MICHAEL S. KANNE, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

No. 06-1508

| | |
|---|---|
| VAIL WHITE,<br>      *Plaintiff-Appellant,*<br><br>      *v.*<br><br>KEITH ALLEN,<br>      *Defendant-Appellee.* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division<br><br>No. 04 C 5457<br><br>James B. Zagel,<br>*Judge.* |

**O R D E R**

   Vail White brought suit under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, and the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq.*, alleging that Keith Allen, the manager and owner of several McDonald's restaurants where White was employed, discriminated against him on the basis of sex and age and fired him in retaliation for complaining about the discrimination. The district court granted summary judgment for Allen because

-----

   [*] After an examination of the briefs and the record, we have concluded that oral argument is unnecessary. Thus, the appeal is submitted on the briefs and the record. *See* Fed. R. App. P. 34(a)(2).

White presented no evidence of age discrimination or retaliation and failed to exhaust his administrative remedies by filing a charge of sex discrimination with the Equal Employment Opportunity Commission.

On appeal White does not identify any error made by the district court, nor does he develop an argument with citations to legal authority or the record. *See* Fed. R. App. P. 28(a)(9)(A); *Anderson v. Hardman*, 241 F.3d 544, 545 (7th Cir. 2001). The argument section of his brief consists of two sentences requesting simply that the district court's judgment be overturned. Although we construe the filings of pro se litigants liberally, White still must offer "more than a generalized assertion of error." *Anderson*, 241 F.3d at 545.

Accordingly this appeal is DISMISSED.